UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS DELIVERY ASSOCIATION, | ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 1:10-cv-11521-RGS |
| MARTHA COAKLEY, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, | ) ) ) ) ) | |
| DEFENDANT. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS
## ON THE BASIS OF *YOUNGER* ABSTENTION

Defendant Martha Coakley, in her official capacity as Attorney General of Massachusetts, respectfully moves to dismiss this action without prejudice on the ground that the Court must abstain from exercising jurisdiction over the Plaintiff's claims as required by *Younger v. Harris*, 401 U.S. 37 (1971), and its progeny (so-called *Younger* abstention). The grounds for this motion are set forth in the accompanying memorandum.

**Request for Oral Argument.**

Pursuant to L.R. 7.1(D), the Attorney General requests a hearing on this motion, on the ground that oral argument is likely to be of assistance to the Court.

**Certification of Compliance With L.R. 7.1(A)(2)**

The undersigned counsel hereby certifies that he has conferred with Plaintiff's counsel and that we have attempted in good faith to resolve or narrow the issue presented by this motion.

- 2 -

                        MARTHA COAKLEY
                            *ATTORNEY GENERAL OF MASSACHUSETTS*

                        /s/ Douglas S. Martland
                        Douglas S. Martland (BBO # 662248)
                        Pierce O. Cray (BBO # 104630)
                        Kate Fitzpatrick (BBO # 664711)
                        Assistant Attorneys General
                        One Ashburton Place
                        Boston, MA  02108
                        (617) 727-2200 ext. 2062
                        pierce.cray@state.ma.us
                        kate.fitzpatrick@state.ma.us
                        douglas.martland@state.ma.us

October 22, 2010

Certificate of Service

I hereby certify that this document was filed through the Electronic Case Filing (ECF) system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF); paper copies will be sent to those indicated on the NEF as non registered participants on or before October 22, 2010.

                                                       /s/ Douglas S. Martland