# United States Court of Appeals
## For the First Circuit

No. 11-1441

MASSACHUSETTS DELIVERY ASSOCIATION,

Plaintiff, Appellant,

v.

MARTHA COAKLEY, in her official capacity
as Attorney General of the Commonwealth of Massachusetts,

Defendant, Appellee.

**JUDGMENT**

Entered: January 20, 2012

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Margaret Carter, Clerk

cc: Hon. Denise J. Casper, Ms. Sarah Thornton, Clerk, United States District Court for the District of Massachusetts, Mr. Core, Ms. Torrence, Mr. Casey, Mr. Martland, Mr. Lichten, Ms. Fitzpatrick, Ms. Lidke, Mr. Cray, Ms. Liss-Riordan, Mr. Pletcher, Ms. Hackett & Mr. Hunter.