# United States Court of Appeals
## For the First Circuit

No. 11-1441

MASSACHUSETTS DELIVERY ASSOCIATION

Plaintiff - Appellant

v.

MARTHA COAKLEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts

Defendant - Appellee

**MANDATE**

Entered: February 13, 2012

    In accordance with the judgment of January 20, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
David C. Casey
Braden Kenneth Core
Pierce Owen Cray
Kate J. Fitzpatrick
Vanessa K. Hackett
Walter C. Hunter
Harold L. Lichten
Lynne D. Lidke
Shannon Liss-Riordan
Douglas S. Martland
Steven A. Pletcher
Carie A. Torrence